DA-LAUR ASSOCIATES *v.* MAURICE CLOS-VERSAILLES (10047)

DALY, LANDAU and HEIMAN, Js.

Argued February 25—decision released March 17, 1992

*Peter M. Ryan,* for the appellant (defendant).
*Paul L. McCullough,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.